# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Dung Trung Duong**

          **Debtor(s)**

**BK NO. 26-00641 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

     Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
17 Mar 2026, 15:41:00, EDT

     KML Law Group, P.C.
     BNY Mellon Independence Center
     701 Market Street, Suite 5000
     Philadelphia, PA  19106
     215-627-1322

Document ID: dff34302a4290f2d126aef67bab54b9d3ecd0fa33021daf8813275f1ad787b36