| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DUNG TRUNG DUONG, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | CASE NO.  1-26-bk-00641-HWV |
| Movant | : | |
| | : | |
| DUNG TRUNG DUONG, | : | |
| Respondent | | |

### TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 24th day of April 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor's Plan for the following reasons:

1.      Failure to properly state the liquidation value in Section 1B of the Plan.

2.      Failure to properly state the minimum amount to be paid to unsecured creditors in Section 1.A.4. of the Plan, as required by the Means Test.

3.      Debtor's Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtor has access to non-exempt equity in the following:

   a. Residential real estate. Trustee requests proof of the value of the Debtor's home as stated in his/her schedules.
   b. Injury or other claim is not provided for in Plan.

4.      Trustee avers that Debtor's Plan is not feasible based upon the following:

   a. Insufficient Monthly Net Income as indicated on Schedules I and J.
   b. The Plan is underfunded relative to claims to be paid.

5.      Trustee provides notice to the Court as to the ineffectiveness of Debtor's Chapter 13 Plan for the following reasons:

   a. The Plan is incomplete. Vesting and Discharge not selected. Should be vesting at closing.

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of Debtor's Plan.
    b. Dismiss or convert Debtor's case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R Roeder
Attorney for Trustee

2

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 24th day of April 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

CHARLES E. PETRIE, ESQUIRE
3528 BRISBAN STREET
HARRISBURG, PA  17111
petriebkcy@aol.com

<u>/s/Tanya M. Scannelli</u>
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee