United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Dung Trung Duong
    Debtor

Case No. 26-00641-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1             User: AutoDocke             Page 1 of 2

Date Rcvd: Jul 30, 2026             Form ID: pdf010             Total Noticed: 19

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dung Trung Duong, 4226 Prosperous Drive, Harrisburg, PA 17112-6000 |
| cr | + | Internal Revenue Service, US Department of Justice, PO Box 227 Ben Franklin Station, Washington, DC 20044-0227 |
| 5810172 | + | Lower Paxton Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5810170 | + | Lower Paxton Township, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 5810169 | + | Lower Paxton Township and Lower Paxton Twp Authori, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5810173 | + | Lower Paxton Twp Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5810171 | + | Lower Paxton Twp Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |
| 5786805 | | M&T BANK, PO BOX 9000, MILLSBORO, DE 19966 |
| 5786806 | | PA DEPARTMENT OF REVENUE, BUREAU OF INDIVIDUAL TAXES DEPT 280431, HARRISBURG, PA 17128-0431 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2026 18:42:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 5804468 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 30 2026 18:41:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5786801 | + Email/Text: petriebkcy@aol.com | Jul 30 2026 18:42:00 | CHARLES E. PETRIE, 3528 BRISBAN STREET, HARRISBURG, PA 17111-1803 |
| 5786802 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 30 2026 18:41:00 | IRS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5786803 | + Email/Text: camanagement@mtb.com | Jul 30 2026 18:42:00 | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 5797223 | Email/Text: camanagement@mtb.com | Jul 30 2026 18:42:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5804812 | + Email/Text: camanagement@mtb.com | Jul 30 2026 18:42:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5786804 | Email/Text: camanagement@mtb.com | Jul 30 2026 18:42:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 5794448 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2026 18:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5786807 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2026 18:42:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Lower Paxton Township and Lower Paxton Twp Authori, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles E. Petrie | on behalf of Debtor 1 Dung Trung Duong petriebkcy@aol.com CHARLESEPETRIE@jubileebk.net |
| Chelsea Summers | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue csummers@attorneygeneral.gov |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| James Randolph Wood | on behalf of Creditor Lower Paxton Township and Lower Paxton Twp Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Maggie Soboleski | on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Ryann D. Loftus | on behalf of Creditor Internal Revenue Service ryann.loftus@usdoj.gov bethany.a.haase@usdoj.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
DUNG TRUNG DUONG, : CHAPTER 13
     Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
 :
     vs. : CASE NO. 1:26-bk-00641-HWV
 :
DUNG TRUNG DUONG, :
     Respondent :

## ORDER

Upon consideration of the Motion to Dismiss for Failure to Make Plan Payments filed by

the Chapter 13 Trustee, Doc. 26, and the hearing held on July 29, 2026, for the reasons stated on

the record, it is

**ORDERED** that the above-captioned case is dismissed. The Court retains jurisdiction

to rule on any timely filed fee application.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 30, 2026